# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-06703 RLM  
**Case Name:** Bryson Bert-Visesio Thompson  
Millennial L. Thompson  
**Period Ending:** 12/31/18  

**Trustee:** (340210) John J. Petr  
**Filed (f) or Converted (c):** 08/29/18 (f)  
**§341(a) Meeting Date:** 10/09/18  
**Claims Bar Date:** 01/17/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2010 Ford Edge, 140,000 miles | 5,200.00 | 0.00 | | 0.00 | FA |
| 2 | 2013 Buick Verano, 80,000 miles | 7,400.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 4 | TV, computer, cell phone | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Everyday clothes, shoes, accessories | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 8 | Savings Account: Chase bank | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Chase Liquid Checking Account | 75.00 | 0.00 | | 0.00 | FA |
| 10 | Chase Liquid Debit card | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account: Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k) or similar plan: Empower Retirement | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2018 federal and state tax refunds prorated to  (u)<br>the date of bankruptcy | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 13 | Assets    Totals  (Excluding unknown values) | $17,740.00 | $2,000.00 | | $0.00 | $2,000.00 |

**Major Activities Affecting Case Closing:**

Waiting on 2018 tax refunds.

Printed: 01/30/2019 10:09 AM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-06703 RLM  
**Case Name:** Bryson Bert-Visesio Thompson  
Millennial L. Thompson  
**Period Ending:** 12/31/18

**Trustee:** (340210)   John J. Petr  
**Filed (f) or Converted (c):** 08/29/18 (f)  
**§341(a) Meeting Date:** 10/09/18  
**Claims Bar Date:** 01/17/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  June 30, 2019          **Current Projected Date Of Final Report (TFR):**  June 30, 2019

_____       /s/ John J. Petr  
      January 30, 2019                              _____  
                Date                                              John J. Petr